AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Tiffany D. McCullough

_____
*Plaintiff(s)*

v.

The Gates Foundation & Rudy Lim

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:26-cv-01152-JHC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Gates Foundation & Rudy Lim
500 5th Avenue North
Seattle, Washington 98109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Tiffany D. McCullough
13909 Fulvetta Glen Court
Rosharon, Texas 77583

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*