UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY D. MCULLOUGH,<br>Plaintiff,<br>v.<br>THE GATES FOUNDATION; RUDY LIM,<br>Defendants. | CASE NO. 2:26-CV-01152-JHC<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Further to email communications with the parties, the Court EXTENDS Plaintiff's deadline to response to the motion at Dkt. # 12 to September 28, 2026.

(2) Defendant's reply is due on or before October 2, 2026.

(3) The Court DIRECTS the Clerk to re-note the motion at Dkt. # 12 for October 2, 2026.

Dated this 28th day of August 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk