UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY D. MCULLOUGH,<br>Plaintiff,<br>v.<br>THE GATES FOUNDATION; RUDY LIM,<br>Defendants. | CASE NO. 2:26-CV-01152-JHC<br>ORDER |

This matter comes before the Court on Defendants' Motion to Compel Arbitration. Dkt. # 12. The Court has reviewed the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court ORDERS as follows:

1. For the reasons presented by Defendants at Dkt. ## 12 and 15, the GRANTS the motion. The parties are DIRECTED to proceed to arbitration before JAMS as set forth in their agreement. The arbitrator should decide any issue regarding arbitrability, including the claims of procedural unconscionability and economic duress raised by Plaintiff. *See* Dkt. # 14.

2. The Court STAYS this matter pending the outcome of the arbitration proceedings.

//

//

Dated this 2nd day of October, 2026.

John H. Chun
United States District Judge